# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

March 22, 2024

*By ECF and Email*

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
March 22, 2024

**Re:** *United States v. Tavaughn Oddman*, **23 CR 287 (RA)**
**Request to Temporarily Modify Conditions of Bail**

Dear Judge Abrams:

    I represent Tavaughn Oddman in the above-referenced case. I am writing to request a temporary modification of the conditions of Mr. Oddman's bail to permit him to travel out of this District to Las Vegas, NV, where he and his wife, who were married last year, will have a wedding celebration in the presence of members of Mr. Oddman's and his wife's family. Mr. Oddman wishes to fly to Las Vegas, NV on April 8, 2024 and return on April 11, 2024.

    As you know, Mr. Oddman is currently in the YAOP, and I understand from Mr. Bostic that he is doing very well. He has otherwise been fully compliant with the terms of his bail.

    Pretrial services and the government consent to this request.

Respectfully submitted,

Zachary S. Taylor

cc:    Rushmi Bhaskaran, Esq.
        Assistant United States Attorney (*by ECF*)
    Dayshawn Bostic,
        U.S. Pretrial Services Officer (*by e-mail*)