

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 8, 2024

**BY ECF**

Application granted. Time is excluded until February 7, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

Re:   *United States v. Tavaughn Oddman*, 23 Cr. 287 (RA)

Ronnie Abrams, U.S.D.J.
December 9, 2024

Dear Judge Abrams:

     As the Court is aware, defendant Tavaughn Oddman was a participant in the Court's Young Adult Opportunity Program ("YAOP"). In light of the defendant's YAOP acceptance, the Court previously excluded time under the Speedy Trial Act until December 9, 2024. (ECF No. 50).

     On July 11, 2024, the defendant completed YAOP. The Probation Department issued a memorandum on the defendant's performance in that program on November 15, 2024, and defense counsel is expected to submit a response to that memorandum by December 15, 2024. Accordingly, the Government respectfully requests, with consent from defense counsel, that the Court exclude time under the Speedy Trial Act for an additional 60 days. The Government submits that the adjournment is necessary to permit the parties to continue discussions on an appropriate pretrial resolution of this matter.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by: /s/
     Rushmi Bhaskaran
     Assistant United States Attorney
     (212) 637-2439

cc: Defense Counsel (by ECF)