UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                                    :

UNITED STATES OF AMERICA,      :             23 Cr. 287

                                                    :             <u>ORDER</u>

                  -v-                          :

TAVAUGHN ODDMAN,                  :

                  Defendant.     :
-------------------------------------------------- X

RONNIE ABRAMS, District Judge:

       Mr. Taylor's deadline to file a final memorandum regarding his client's progress in the Young Adult Opportunity Program was December 15, 2024. To date, no memorandum has been filed, nor has Mr. Taylor responded to Mr. Oddman's Pretrial Services Officer. Mr. Taylor is directed to file a final memorandum, or request an extension to do so, by no later than February 18, 2025.

Dated:     February 14, 2025
              New York, New York

                                                                      RONNIE ABRAMS
                                                         United States District Judge