# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

April 2, 2025

*By ECF and Email*

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 3, 2025

**Re:**   *United States v. Tavaughn Oddman*, **23 CR 287 (RA)**
**Request to Temporarily Modify Conditions of Bail**

Dear Judge Abrams:

I represent Tavaughn Oddman in the above-referenced case. I am writing to request a temporary modification of the conditions of Mr. Oddman's bail to permit him to travel out of this District to Las Vegas, Nevada with his wife and children to celebrate his birthday. Mr. Oddman wishes to fly to Las Vegas on April 23, 2025 and return on April 27, 2025.

Mr. Oddman has been fully compliant with the terms of his bail.

Pretrial services and the government consent to this request.

Respectfully submitted,

Zachary S. Taylor

cc:    Rushmi Bhaskaran, Esq.
          Assistant United States Attorney (*by ECF*)
       Dominique Jackson,
          U.S. Pretrial Services Officer (*by e-mail*)