U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 30, 2025

**BY ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 31, 2025

Re:   *United States v. Tavaughn Oddman*, 23 Cr. 287 (RA)

Dear Judge Abrams:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by:   /s/
    Rushmi Bhaskaran
    Assistant United States Attorney
    (212) 637-2439

Cc: Counsel of Record (by ECF)