

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

December 8, 2025

**BY ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.  Time is excluded until February 6, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 8, 2025

> Re:    *United States v. Tavaughn Oddman*, 23 Cr. 287 (RA)

Dear Judge Abrams:

As the Court is aware, defendant Tavaughn Oddman was a participant in the Court's Young Adult Opportunity Program ("YAOP").  On July 11, 2024, the defendant completed YAOP.  The Probation Department issued a memorandum on the defendant's performance in that program on November 15, 2024, and defense counsel submitted a response on February 18, 2025.  The Government met with the defendant and defense counsel on September 16, 2025 to obtain additional information that was not included in defense counsel's response.  The Government is considering the appropriate pretrial resolution.

The Court previously excluded time through December 8, 2025.   At this time, the Government respectfully requests, with consent from defense counsel, that the Court exclude time under the Speedy Trial Act for an additional 60 days from and including December 8, 2025. The Government submits that the adjournment is necessary to permit the parties to continue discussions on an appropriate pretrial resolution of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Kathryn Wheelock
Assistant United States Attorney
(212) 637-2544

cc:    Zachary Taylor, Esq. (ECF)